Craig S. Ganz (023650)
ganzc@ballardspahr.com
Michael A. DiGiacomo (032251)
digiacomom@ballardspahr.com
Ian O. Bucon (034543)
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
*Attorneys for Plaintiff*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

STORE Capital Acquisitions, LLC, a Delaware limited liability company,

Plaintiff,

v.

Michael Olander, Jr.,

Defendant.

NO. CV-19-5637-PHX-DJH

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff STORE Capital Acquisitions, LLC ("STORE" or "Plaintiff"), by and through its attorneys, hereby provides notice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., of the voluntary dismissal of this action and all claims asserted herein with prejudice. In support of this Notice, Plaintiff states as follows:

This Notice of Dismissal With Prejudice is filed before any Defendant has served either an answer or a motion for summary judgment.

WHEREFORE, Plaintiff provides this Notice of Dismissal With Prejudice and requests that the Court enter its Order approving same and directing such further process as deemed proper.

/ / /

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 13th day of February, 2020.

BALLARD SPAHR LLP

By: */s/ Michael A. DiGiacomo*
Craig S. Ganz
Michael A. DiGiacomo
Ian O. Bucon
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Plaintiff*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of February, 2020, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: *<u>/s/ Vicki L. Morgan</u>*